# EXHIBIT A



**WELLS FARGO**

P.O. Box 4790
Portland, OR 97208-4790

October 14, 2008

MICHAEL A HICKMAN


Re: Your Wells Fargo Home Equity Account Ending in 9███████

Dear MICHAEL A HICKMAN & RILEY N HICKMAN:

**Wells Fargo has recently reviewed your Home Equity Account referenced above (your "Account").** According to your Home Equity Line of Credit Agreement, if the value of the property securing the Account significantly declines, Wells Fargo may lower the credit limit on your Account.

**Based on this review, we are lowering the credit limit of your Account to $31,039.83** *due to a substantial decline in the value of the property securing the Account.*

**This reduction of your credit limit is effective immediately.** If you believe the reason stated above no longer exists or is in error, you may request reinstatement of your original credit limit. To make a reinstatement request, please call Wells Fargo at **1-888-250-3262**, or write to us at:

> Wells Fargo Bank, N.A.
> P.O Box 4790
> Portland, OR 97208-4790

**Wells Fargo is committed to helping our customers with their financial needs.** If you have questions or want to give us additional information, we invite you to call us to discuss your home equity account. If your needs are changing, we may be able to offer flexible solutions — and we will do everything we can to help find the best solution for your individual financial situation. Please feel free to call us at **1-888-250-3262** toll-free, Monday through Thursday, 7 a.m. to 8 p.m. PT., Friday, 7 a.m. to 5 p.m. PT., Saturday, 8 a.m. to 1 p.m. PT. and Sunday, 12 p.m. to 8 p.m. PT.

Sincerely,

Customer Management
Wells Fargo Bank, N.A.

PLEASE SEE IMPORTANT DISCLOSURE INFORMATION ON NEXT PAGE

000101   RED7                               1/2                              REV  6/23/2008

©2008 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. Equal Housing Lender. HE 00000