# EXHIBIT C



**WELLS FARGO**

P.O. Box 4790
Portland, OR 97208-4790

October 20, 2008

Michael A Hickman
Riley N Hickman



Re: Home Equity Line of Credit Account Ending i

Dear Michael A Hickman and Riley N Hickman,

Thank you for your recent request for the valuation of the property (the "Valuation") that secures the home equity account referenced above. The Valuation was obtained from the source identified below. The Valuation is not a full appraisal, but was obtained via an automated valuation method ("AVM").

In compliance with Regulation B, the Valuation information that you requested is:

    Date of Valuation: May 1, 2008
    Property Value: $531,000.00
    Source Utilized: AVM

Please retain this Valuation information for your records.

Wells Fargo values your business with us. If you have questions regarding this information, please contact us at 1-866-508-7059.

Sincerely,

Customer Management
Wells Fargo Bank, NA